2.

USDC - SDWV - Beckley Division
110 N. Heber St. No. 119
Beckley, West Virginia

++++++++++++++++++++++++++++++++++++++

Parrish

v.

Several John Doe
United States Bureau of Prisons
Federal Correctional Institute at
Beckley Staff

++++++++++++++++++++++++++++++++++++++

FILED
AUG - 7 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

5:19-cv-00580

BIVENS ACTION

Jurisdiction:

* I, XIVth and XXIInd Amendments of the US Bill of Rights;

* US RFA, most recent recodification;

* Other statutes and caselaw to be determined. Plaintiff reserves the right to pursue any and all other statutory avenues and remedies in the pursuit of this prosecution as may appear reasonable in the course of prosecuting the instant action;

Comes now the Plaintiff in the above styled matter and declares the following:

I, Maurice Parrish, am the Plaintiff in this matter;

One to several John Doe BOP staff, known and unknown to me at this time, hereinafter referred to as "Staff" are the defendants. One such staff may be the perpetrator, and others may have conspired to cover up his or her involvement;

A Qu'ran was recently mailed to me, here at FCI Beckley;

It was put into my hands directly by FCI Staff. Upon receipt of this Qu'ran I determined that it had already been defaced with blasphemous graffiti insulting Mohammed the Messenger, my religion, my religious faith practice, and myself (Exhibit A); (Affidavit, 4 July 2019);

I am uncertain of its relevance but nevertheless in an abundance of desire to cooperate with the Court in this matter I unilaterally proffer that I do not support violence of any kind against the United States of America, my home and birthplace, and the home and birthplace of all my family, many generations. I am a practicing Muslim and pleased to be a US citizen. I also understand the service of, and am grateful for military personnel that protect the United States abroad.

Initial Discovery and In Limine

A. I request the Court to order opposing counsel to provide to me the names, titles and schedules and work detail postings of all staff who had and have access to mail, including but not limited to:

1. all R & D mailroom staff (R & D is the regular mailroom);
2. all "warehouse" staff who handle mail as it comes and goes from and to USPS proper;
3. all staff which supervises same;
4. all staff which administrates the supervisors.

I reserve the right to pursue different channels of discovery with the Court and opposing counsel, as the need for such different channels may devolve from initial discovery in an appropriate search for culpability and liability. Other possible channels could exist but Plaintiff believes that ruling out of the above possibilities is the most efficient use of judicial resources in the initial phases of discovery in the instant matter;

Judgments, Awards and Penalties

A. It is not my purpose to enrich myself from this endeavor, rather, to prevent future occurrences. If the Court feels there is an alternative to a dollar amount punitive damage, I would be grateful to hear it. Until then, I hereby request $ 750,000 damages for this tort to me to help establish the gravity of the insult and to prevent reoccurrence.

B. As the Court knows, preventing reoccurrence is only one element of this action. Justice in se for the tort is another component.

C. I also hope to pursue with counsel the threshold separating civil and criminal penalties. Part of my pursuit if this will include contact with the US Civil Rights Commission of the US Congress and also that of the US Department of Justice.

D. Retraining of all BOP staff as to the emphasis and particulars of the RFA as it applies especially to inmates in the BOP.

PRAYER

A. discovery, as supra;

B. Various in limine motions to be pursued;

C. Any and all other relief the Court deems appropriate.

Most Sincerely,

Maurice Parrish Maurice Parrish #63208056

FCI Beckley
Box 350
Beaver, WV 25813

Affidavit of Maurice Parrish

1. I, Maurice Parrish, an an inmate at FCI Beckley;

2. On Tuesday, June 11, 2019 I came in from work detail at 7:30 p.m.;

3. Upon me getting ready to take a shower, inmate John Doe No. 1 told me that my name was called for mail and that it was my Qu'ran from Message America, Arab. I had previously contacted them at CKaroub@ aol.com;

4. I went to the dorm officer which was Officer John Doe No. 2 at this date in time to get my book and he gave it to me;

5. I went back to my cell and put it up in my locker and locked my locker before the shower;

6. After my shower was count and during that time was the first chance I had to look at the Qu'ran and flipped through it. That is when I noticed that it had foul language written in it (Exhibit A);

7. On the 12th of June 2019 I spoke with the Chaplain which was Mr. Weaver and also the Warden which was Mr. Young and they both said there was no way that an office here could shave written that. Fortieth, that if they found out who did it they were going to the hole;

8. On the 13th of June I made copies of the pages written on (Exhibit A);

9. On the 17th of June I spoke to SIS officer John Doe No. 3 and the Captain and showed it to them and they also said there is no way an officer here did that.

I declare and affirm pursuant to 18 USC Section 1746 and under the penalties and pains of perjury of the laws of the State of West Virginia and the U.S. Code that the foregoing is true and correct.

Maurice Parrish # 63208 - 056

FCI Beckley
Box 350
Beaver, WV 25813

Executed at Beaver

4 July 2019



will not find most of them as thankful ones (i.e. they will not be dutiful to You)." — وَلَا تَجِدُ أَكْثَرَهُمْ شَٰكِرِينَ ﴿١٧﴾

18. (Allāh) said (to *Iblīs*): "Get out from this (Paradise), disgraced and expelled. Whoever of them (mankind) will follow you, then surely, I will fill Hell with you all." — قَالَ ٱخْرُجْ مِنْهَا مَذْءُومًا مَّدْحُورًا لَّمَن تَبِعَكَ مِنْهُمْ لَأَمْلَأَنَّ جَهَنَّمَ مِنكُمْ أَجْمَعِينَ ﴿١٨﴾

19. "And O Adam! Dwell you and your wife in Paradise, and eat thereof as you both wish, but approach not this tree otherwise you both will be of the *Zālimūn* (unjust and wrongdoers)." — وَيَٰٓـَٔادَمُ ٱسْكُنْ أَنتَ وَزَوْجُكَ ٱلْجَنَّةَ فَكُلَا مِنْ حَيْثُ شِئْتُمَا وَلَا تَقْرَبَا هَٰذِهِ ٱلشَّجَرَةَ فَتَكُونَا مِنَ ٱلظَّٰلِمِينَ ﴿١٩﴾

20. Then *Shaitān* (Satan) whispered suggestions to them both in order to uncover that which was hidden from them of their private parts (before); he said: "Your Lord did not forbid you this tree save you should become angels or become of the immortals." — فَوَسْوَسَ لَهُمَا ٱلشَّيْطَٰنُ لِيُبْدِىَ لَهُمَا مَا وُۥرِىَ عَنْهُمَا مِن سَوْءَٰتِهِمَا وَقَالَ مَا نَهَىٰكُمَا رَبُّكُمَا عَنْ هَٰذِهِ ٱلشَّجَرَةِ إِلَّآ أَن تَكُونَا مَلَكَيْنِ أَوْ تَكُونَا مِنَ ٱلْخَٰلِدِينَ ﴿٢٠﴾

21. And he [*Shaitān* (Satan)] swore by Allāh to them both (saying): "Verily, I am one of the sincere well-wishers for you both." — وَقَاسَمَهُمَآ إِنِّى لَكُمَا لَمِنَ ٱلنَّٰصِحِينَ ﴿٢١﴾

22. So he misled them with deception. Then when they tasted of the tree, that which was hidden from them of their shame (private parts) became manifest to them and they began to cover themselves with the leaves of Paradise (in order to cover their shame). And their Lord called out to them (saying): "Did I not forbid you that tree and tell — فَدَلَّىٰهُمَا بِغُرُورٍ فَلَمَّا ذَاقَا ٱلشَّجَرَةَ بَدَتْ لَهُمَا سَوْءَٰتُهُمَا وَطَفِقَا يَخْصِفَانِ عَلَيْهِمَا مِن وَرَقِ ٱلْجَنَّةِ وَنَادَىٰهُمَا رَبُّهُمَآ أَلَمْ أَنْهَكُمَا عَن تِلْكُمَا ٱلشَّجَرَةِ وَأَقُل لَّكُمَآ إِنَّ ٱلشَّيْطَٰنَ لَكُمَا عَدُوٌّ مُّبِينٌ ﴿٢٢﴾

(Satan) is an open

: Lord! We have If You forgive us ot upon us Your rtainly be of the — قَالَا رَبَّنَا ظَلَمْنَآ أَنفُسَنَا وَإِن لَّمْ تَغْفِرْ لَنَا وَتَرْحَمْنَا لَنَكُونَنَّ مِنَ ٱلْخَٰسِرِينَ ﴿٢٣﴾

et down, one of other [i.e. Adam, *Shaitān* (Satan)]. dwelling place for for a time." — قَالَ ٱهْبِطُوا۟ بَعْضُكُمْ لِبَعْضٍ عَدُوٌّ وَلَكُمْ فِى ٱلْأَرْضِ مُسْتَقَرٌّ وَمَتَٰعٌ إِلَىٰ حِينٍ ﴿٢٤﴾

n you shall live, die, and from it ught out (i.e. — قَالَ فِيهَا تَحْيَوْنَ وَفِيهَا تَمُوتُونَ وَمِنْهَا تُخْرَجُونَ ﴿٢٥﴾

Adam! We have on you to cover ur private parts) and the raiment is better. Such proofs, evidences, revelations, etc.) y remember (i.e. low truth[1]). — يَٰبَنِىٓ ءَادَمَ قَدْ أَنزَلْنَا عَلَيْكُمْ لِبَاسًا يُوَٰرِى سَوْءَٰتِكُمْ وَرِيشًا وَلِبَاسُ ٱلتَّقْوَىٰ ذَٰلِكَ خَيْرٌ ذَٰلِكَ مِنْ ءَايَٰتِ ٱللَّهِ لَعَلَّهُمْ يَذَّكَّرُونَ ﴿٢٦﴾

Adam! Let not e you, as he got n and Hawwā' — يَٰبَنِىٓ ءَادَمَ لَا يَفْتِنَنَّكُمُ ٱلشَّيْطَٰنُ كَمَآ أَخْرَجَ أَبَوَيْكُم مِّنَ

ie pagan Arabs in the Pre-Islāmic Period of (going round) of the Ka'bah in a naked state. ious and Makkah was conquered, the pagans dden to enter Makkah, and none was allowed a naked state.

Exhibit A.1

ır Lord! Our us, and we

out of this. If ·en indeed we ›olytheists, ›ngdoers)."

"Remain you peak you not

party of My ur Lord! We have mercy ›t of all who

r a laughing y made you ile you used

d them this are indeed

hat number ı?"

›d a day or who keep

(ou stayed ly known!

We had hout any

with You from the whisperings (suggestions) of the *Shayāṭīn* (devils).

98. "And I seek refuge with You, My Lord! lest they should come near me."

99. Until, when death comes to one of them (those who join partners with Allāh), he says: "My Lord! Send me back,

100. "So that I may do good in that which I have left behind!" No! It is but a word that he speaks; and behind them is *Barzakh* (a barrier) until the Day when they will be resurrected.

101. Then, when the Trumpet is blown, there will be no kinship among them that Day, nor will they ask of one another.

102. Then, those whose Scales (of good deeds) are heavy, these! they are the successful.

103. And those whose Scales (of good deeds) are light, they are those who lose their own selves, in Hell will they abide.

104. The Fire will burn their faces, and therein they will grin with displaced lips (disfigured).

105. "Were not My Verses (this Qur'ān) recited to you, and then you used to deny them?"

Exhibit A.2



that which We have given them, and that they take their enjoyment (as a warning and a threat), but they will come to know.

67. Have they not seen that We have made (Makkah) a secure sanctuary, while men are being snatched away from all around them? Then do they believe in *Bātil* (falsehood — polytheism, idols and all deities other than Allāh), and deny (become ingrate for) the Graces of Allāh?

68. And who does more wrong than he who invents a lie against Allāh or denies the truth (Muhammad ﷺ and his doctrine of Islāmic Monotheism and this Qur'ān), when it comes to him? Is there not a dwelling in Hell for the disbelievers (in the Oneness of Allāh, and in His Messenger Muhammad ﷺ)[1]

69. As for those who strive hard in Us (Our Cause), We will surely guide them to Our paths (i.e. Allāh's religion — Islāmic Monotheism). And verily, Allāh is with the *Muhsinūn* (good-doers)." [2]

[1] (V.29:68) See the footnote of (V.3:85).

[2] (V.29:69) See the footnote of (V.9:120).

Exhibit A-3

Certificate of Service

I the undersigned affirm that I enclosed a true copy of

Bivins Action and Affidavit

In an envelope mailed from the below address with proper postage affixed and addressed to:

USA - SDWV
300 Virginia St E
Charleston WV 25301

I hereby declare and affirm pursuant to 18 US Code Section 1746 and under the penalties and pains of the laws of perjury of the State of West Virginia and the US Code that the foregoing is true and correct

X Maurice Parrish [signature] #63208056

FCI Beckley
Box 350
Beaver, WV 25813

Executed at Beaver

July _____ 2019

⇔63208-056⇔
Maurice Parish
63208056 Beckley
Federal Correctional Institution
P.O. Box 350
Beaver, WV 25813
United States

CERTIFIED MAIL®

7016 1370 0003 0404 3595

UNITED STATES POSTAL SERVICE

1000

25801

U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
AUG 05, 19
AMOUNT

$0.00

R2304M115237-05

FOREVER USA PURPLE HEART

ATTORNEY - AT - LAW

⇔63208-056⇔
Ruddy Usdc Sdwv Beckley DIVISION
Room 119
110 N Heber ST
Beckley, WV 25801
United States

LEGAL MAIL

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813

DATE 8-5-19

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

LEGAL MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE.